United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2140WM

_____

Donald Hall,                              *
                                          *
                    Appellant,            *
                                          *
                                          *   Appeal from the United States
        v.                                *   District Court for the Western
                                          *   District of Missouri.
Elise Branyan; Patrick Deaton; David      *
Anderson, Circuit Court Judge, Greene     *          [UNPUBLISHED]
County, Missouri,                         *
                                          *
                    Appellees.            *

_____

Submitted:  May 28, 1997
Filed: June 6, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

        Missouri inmate Donald Hall filed this action under 42 U.S.C. §§ 1983 and 1985 against two attorneys who were appointed to represent Hall in his state postconviction proceeding, and the judge who initially presided over the proceeding.  The district court dismissed Hall's claim against the judge on the basis of judicial immunity, and granted summary judgment in favor of the attorneys because the evidence did not support Hall's allegation that they conspired with state officials to deprive Hall of a federal right. Having carefully reviewed the record, we conclude the district court's ruling is clearly

correct.  Neither briefing by the parties nor an extended discussion on our part is warranted.  We thus affirm the district court.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.